UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. **20-3050-MJ-OTAZO-REYES**

IN RE: SEALED CRIMINAL COMPLAINT

_____/

**UNSEALING ORDER**

THIS CAUSE is before the Court on the Government's Motion to Unseal. Being fully advised, it is hereby ORDERED AND ADJUDGED that the motion is GRANTED, and the docket and the following documents are hereby UNSEALED:

1. Criminal Complaint dated June 29, 2020;

2. Affidavit in Support of Application for Criminal Complaint dated June 29, 2020;

3. Arrest Warrants;

4. Criminal Cover Sheet;

5. Motion to Seal;

6. Sealing Order dated June 29, 2020; and

7. This Order.

DONE AND ORDERED in Miami, Florida, this 8th day of July, 2020.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE