# MINUTE ORDER

Page 11

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**          Date: 9/4/20          Time: 1:00 p.m.

Defendant:  (2)Jordan Paul Grenon          J#: 73682-018     Case #:  20-3050-MJ-OTAZO-REYES

AUSA:  Michael Homer                              Attorney: _____

Violation:  CONSP TO DEFRAUD THE U.S. AND TO DELIVER MISBRANDED DRUGS          Surr/Arrest Date: 9/3/2020     YOB: 1994

Proceeding:  Initial Appearance          CJA Appt: _____

Bond/PTD Held: ☐ Yes   ☐ No     Recommended Bond: _____

Bond Set at: _____          Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____
   Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language:    English

Disposition:
 Rule 5 Docs included

Defendant advised of rights and charges

Defendant stood mute.  Defendant proceeded Pro se in the Middle District.  The Initial Appearance, Preliminary hearing and Detention hearing held in the Middle District of Florida.

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| *Arraignment:* | *1/8/21* | *1:30 p.m.* | | *Duty/Miami* |
| Status Conference RE: | | | | |

D.A.R. 14:17:22/LFL_01_9.4.2020 zoom          Time in Court:   15 mins

s/Lauren F. Louis                              Magistrate Judge